No. 184. GARCIA ET AL., EXECUTORS, ET AL. *v.* PAN AMERICAN AIRWAYS, INC. ET AL. Supreme Court of New York, Westchester County. Certiorari denied. *Francis X. Nestor* for petitioners. *Donald Havens* for respondents. Reported below: See 274 App. Div. 996, 84 N. Y. S. 2d 408.

No. 185. BLAIR ET AL., TRUSTEES, *v.* FINAN. C. A. 6th Cir. Certiorari denied. *Edward T. Goodrich, Harry W. Jones* and *Samuel Shapero* for petitioners. *Clarence W. Videan* for respondent.

No. 187. NEWSOM ET AL. *v.* E. I. DU PONT DE NEMOURS & Co. C. A. 6th Cir. Certiorari denied. *Lewis S. Pope* and *Whitworth Stokes* for petitioners. *Abel Klaw* for respondent.

No. 189. SHAMROCK TOWING CO., INC. *v.* F. E. GRAUWILLER TRANSPORTATION CO., INC. ET AL. C. A. 2d Cir. Certiorari denied. *Edward Ash* for petitioner. *Christopher E. Heckman* for the Grauwiller Transportation Co. et al.; and *David Haar* for the Henry Material Co., respondents.

No. 190. DILLE *v.* DELANEY ET AL. C. A. 10th Cir. Certiorari denied. *Robert Dade Hudson* for petitioner. *Gentry Lee* for Delaney et al.; and *F. M. Darrough* and *Villard Martin* for the Carter Oil Co., respondents.

No. 191. JOSEPH B. COOPER & SON, INC. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Copal Mintz* for petitioner. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade* and *John R. Benney* for the United States.